UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Talbot Curtin</u>

        v.        Case No. 11-cv-564-PB

<u>United States of America</u>

O R D E R

As the government's brief correctly explains, recent first circuit precedent makes clear that the predicate offence on which the defendant's career offender determination was based - assault and battery on a police officer - is a qualifying offense. See United States v. Dancy, 640 f3d 455 ( 1st cir. 2011). Thus defendant's motion cannot succeed even if it is not time barred.  I decline to issue a certificate of appealability because, for the above stated reasons, the petitioner has not made a substantial showing of the denial of a constitutional right.

    SO ORDERED.

January 27, 2012        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    Talbot Curtin, Pro Se
        Seth Aframe, Esq.