UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Talbot Curtin

       v.                       Case No. 11-cv-564-PB

United States of America

O R D E R

As the government's brief correctly explains, recent first circuit precedent makes clear that the predicate offence on which the defendant's career offender determination was based - assault and battery on a police officer - is a qualifying offense. See United States v. Dancy, 640 f3d 455 ( 1st cir. 2011). Thus defendant's motion cannot succeed even if it is not time barred. I decline to issue a certificate of appealability because, for the above stated reasons, the petitioner has not made a substantial showing of the denial of a constitutional right.

SO ORDERED.

January 27, 2012                         /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Talbot Curtin, Pro Se
        Seth Aframe, Esq.